IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  6:25-mi-00014-HBK |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| JUAN C. RODRIGUEZ, | |
| Defendant. | |

The above-named defendant having been sentenced on August 15, 2025 to 3 Days in custody with credit for 1 day served.

IT IS HEREBY ORDERED that the defendant shall be released on August 17, 2025.

A certified Judgment and Commitment order to follow.


Dated:    August 15, 2025

*Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE