HEATHER E. WILLIAMS, CA BN #122664
Federal Defender
LISA NDEMBU LUMEYA DC BN # 90017392
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950
Lisa_Lumeya@fd.org

Counsel for Defendant
JUAN C. RODRIGUEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:25-MJ-00014-HBK |
| Plaintiff, | |
| vs. | **MOTION FOR AMENDED ORDER OF RELEASE; [PROPOSED] ORDER** |
| JUAN C. RODRIGUEZ, | |
| Defendant. | |

Juan C. Rodriguez, by and through counsel, Assistant Federal Defender Lisa N. Lumeya, hereby requests a corrected order of release to impose and facilitate the Court's sentence as ordered on August 15, 2025.

Pursuant to his change of plea and sentencing hearing before this Court, Mr. Rodriguez was ordered to serve three days in custody with credit for one day served.  *See* ECF No. 10.  Due to his immediate remand into custody following the hearing, Mr. Rodriguez was ordered to begin serving the two-day term on August 15, 2025.  Thus, in order to effectuate the Court's sentence as imposed, Mr. Rodriguez should be released on August 16, 2025, as opposed to August 17, 2025.  *See* 18 U.S.C. § 3624(a) ("A prisoner shall be released by the Bureau of Prisons on the date of the expiration of the prisoner's term of imprisonment, less any time credited toward the service of the prisoner's sentence . . . ").

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 15, 2025

*/s/ Lisa N. Lumeya*
LISA NDEMBU LUMEYA
Assistant Federal Defender
Attorney for Defendant
JUAN C. RODRIGUEZ

## **O R D E R**

Upon consideration of Defendant Juan C. Rodriguez's motion for an amended order of release, IT IS HEREBY ORDERED that the motion is GRANTED. Following the Court's order sentencing Mr. Rodriguez to three days in custody with credit for one day served, as well as his immediate remand, Mr. Rodriguez shall be released on August 16, 2025. This Order supersedes any other Order regarding Mr. Rodriguez's release.

DATED: August 15, 2025

_____
Hon. Helena Barch-Kuchta
United States Magistrate Judge